IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DAN KADAVY, and ANNE MARIE MOZE-KADAVY,

   Plaintiffs,

vs.

GILBANE FEDERAL COMPANY, a Corporation;

   Defendant.

4:16CV3138

ORDER

IT IS ORDERED:

1) The motion to withdraw filed by David A. Domina, and DominaLaw Group pc llo, as counsel of record for Plaintiffs (Filing No. 21), is granted.

2) On or before May 18, 2017, Plaintiffs shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of their intent to litigate this case without the assistance of counsel. The failure to do so may result in a dismissal of Plaintiffs' claims without further notice.

3) Plaintiffs' deadline for responding to Defendant's written interrogatories and request for production of documents is extended to June 5, 2017.

4) The clerk shall mail a copy of this order to Plaintiffs at: Dan Kadavy & Anne-Marie Moze, 1201 S 12th Road, Cortland, NE 68331

April 27, 2017.

            BY THE COURT:

            *s/ Cheryl R. Zwart*
            United States Magistrate Judge